ADELAIDE BROWN, Respondent, v. WILLIAM BROWN, Appellant.— Order of the Domestic Relations Court of the City of New York, Family Court Division, Kings County, directing appellant to pay to his wife for her support the sum of $40 a week and to furnish a bond in the total amount of such weekly payments for the period of three years unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

BERTRAND ETTINGER, Respondent, v. EDELBREW BREWERY, INC., Appellant. — Defendant appeals from an order denying its motion to require plaintiff to serve an amended complaint setting forth separately stated and numbered causes of action and correcting allegedly indefinite and uncertain matter. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

MORRIS FLIEGEL, Respondent, v. CITY OF NEW YORK, Appellant.— In a negligence action, order granting motion to set aside a verdict for defendant and judgment entered thereon and for a new trial on the ground of newly discovered evidence, reversed on the law and the facts, with costs, and motion denied, without costs. The affidavits of the two proposed witnesses show nothing which would warrant a conclusion that their testimony probably would result in a different verdict. These witnesses came forward in response to advertisements inserted in newspapers after the trial and the adverse verdict. If the order appealed from be affirmed, the plaintiff will be afforded two trials, whereas the advertising, so far as appears, could have been accomplished prior to the trial. Finally there is no justifiable excuse for the delay of ten months between the time when plaintiff was apprised of the identity of these witnesses and the nature of their testimony and the time when the motion for a new trial was made. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

BERNICE FULTON et al., Respondents, v. JACK J. KEINGERSKY et al., Appellants.— Actions by the female plaintiffs to recover damages for personal injuries and by their husbands to recover for medical expenses and loss of services. Defendants appeal from a judgment in favor of plaintiffs, after a trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.